Case 4:21-mj-71446-MAG   Document 3   Filed 09/10/21   Page 1 of 2

FILED

Sep 10 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

GEOFFREY A. HANSEN
Federal Public Defender
Northern District of California
ANGELA M. HANSEN
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:    (510) 637-3507
Email:         Angela_Hansen@fd.org

Counsel for Defendants Gigliotti

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY GIGLIOTTI and<br>ALEXANDER GIGLIOTTI,<br><br>Defendants. | Case No.:   4:21-mj-71446 MAG<br>                    4:21-mj-71447 MAG<br><br>**ORDER RE: RELEASE** |

Anthony and Alexander Gigliotti are ordered to be released by the United States Marshal Service and/or the Santa Rita Jail today, September 10, 2021.  Both defendants shall appear out of custody on the 1 p.m. Zoom calendar on Monday, September 13, 2021.  The defendants are ordered to remain in the Northern District of California over the weekend and until formal conditions of release can be determined.  In addition, both defendants are ordered to surrender passports, if any, by Monday, September 13, 2021.  This matter will be set on Monday, September 13, 2021 for arraignment, status re identification hearing and for status re additional proposed conditions of release.

ORDER RE: RELEASE
GIGLIOTTI

1

IT IS SO ORDERED.

Dated: September 10, 2021

_____
HON. NAT[hanael M. Cousins]
United States [Magistrate Judge]

GRANTED
Judge Nathanael M. Cousins

cc: USMS